En el Tribunal Supremo de Puerto Rico

| | |
|---|---|
| In re:<br><br>Santiago Guzmán Esquilín | Querella<br><br>99 TSPR 164 |

Número del Caso: CP-1997-11

Oficina del Procurador General:     Lcda. Ivonne Casanova Pelosi

Abogados del Querellado:     Derecho Propio

Fecha: 10/29/1999

Materia: Solicitud de Readmisión

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Santiago Guzmán Esquilín

CP-1997-11

RESOLUCION

San Juan, Puerto Rico, a 29 de octubre de 1999.

Examinada la moción solicitando readmisión presentada el 13 de octubre de 1999 por Santiago Guzmán Esquilín, y habiendo transcurrido un (1) año, que era el término de su suspensión, se ordena su reinstalación al ejercicio de la profesión, efectiva el 1ro. de noviembre de 1999, únicamente a la abogacía.

Se le concede a la Directora de la Oficina de Inspección de Notarías un término de treinta (30) días para que nos informe sobre el estado de la obra notarial, a los fines de decidir su reinstalación como notario.

Publíquese.

Lo acordó el Tribunal y certifica la Subsecretaria del Tribunal Supremo. La Juez Asociada señora Naveira de Rodón y el Juez Asociado señor Corrada del Río no intervinieron.

**Carmen E. Cruz Rivera**
Subsecretaria del Tribunal Supremo